FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Aug 10 2026

KEVIN P. WEIMER , Clerk

By: Phyllis Brannon
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

THOMAS MWANGI.

Criminal Indictment

No. 1:26-CR-0346

**UNDER SEAL**

**Motion to Unseal Indictment**

The United States of America, by Theodore S. Hertzberg, United States Attorney, and Dwayne A. Brown Jr., Assistant United States Attorneys for the Northern District of Georgia, respectfully moves this court to unseal Indictment 1:26-CR-0346 for the following reasons:

A Grand Jury sitting in the Northern District of Georgia returned an Indictment on August 4, 2026, charging Thomas Mwangi with bank fraud, in violation of Title 18, U.S.C. § 1344 and wire fraud, in violation of Title 18, U.S.C. § 1343. At the time of indictment, Thomas Mwangi was not in custody, therefore the Indictment was sealed until the arrest warrant was executed. Mr. Mwangi was arrested on August 7, 2026. Because Mr. Mwangi is in custody, there is no longer a need for the Indictment to be sealed.

WHEREFORE, the United States of America respectfully requests that the **Indictment** be unsealed.

Submitted this 10th day of August 2026.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

***DWAYNE A. BROWN JR.***
*Assistant United States Attorney*
Georgia Bar No. 509554

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
(404)581-6000