**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CR.1:26-CR-00346-MHC-JKL** |
| | ) | |
| **THOMAS MWANGI,** | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S EMERGENCY MOTION FOR TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE TO PERMIT INTERNATIONAL TRAVEL AND REQUEST FOR EXPEDITED HEARING**

Defendant **Thomas Mwangi**, through undersigned counsel, respectfully moves the Court under 18 U.S.C. § 3142(c)(3) for a temporary modification of his conditions of release to permit him to travel to Nyeri, Kenya, from August 25, 2026, through September 1, 2026, to attend his father's funeral and deliver the eulogy. Mr. Mwangi further requests authorization to retrieve his passport from the United States Probation and Pretrial Services Office on August 24, 2026, and to return it on September 2, 2026. Because the Government opposes the requested travel and the proposed passport pickup and departure are imminent, Mr. Mwangi respectfully requests an emergency hearing at the Court's earliest availability.

## BACKGROUND

1. On August 4, 2026, a federal grand jury returned an indictment charging Mr. Mwangi with two counts of bank fraud, in violation of 18 U.S.C. § 1344, and thirteen counts of wire fraud, in violation of 18 U.S.C. § 1343. **ECF No. 1.** Mr. Mwangi is presumed innocent of those charges.

2. Mr. Mwangi appeared for his initial appearance, arraignment, and bond hearing on August 10, 2026, and entered a plea of not guilty. The Court released him on a $10,000 unsecured bond. **ECF Nos. 7, 10.**

3. The Court's Order Setting Conditions of Release requires Mr. Mwangi to surrender his passport and to notify his supervising officer in writing before leaving the Northern District of Georgia for work purposes. **ECF No. 12.** Mr. Mwangi surrendered his passport as directed.

4. The case is assigned to the Honorable Mark H. Cohen and referred to the Honorable John K. Larkins III. A pretrial conference is presently scheduled before Judge Larkins on August 25, 2026, at 1:00 p.m. **ECF No. 14.**

5. Mr. Mwangi's father, **Henry Mwangi Munyiri**, died on August 7, 2026. His funeral Mass and burial are scheduled for August 29, 2026, in Nyeri, Kenya. The funeral program identifies Mr. Mwangi as one of Mr. Munyiri's children and designates Mr. Mwangi to deliver the eulogy during

the funeral Mass. A copy of the funeral program may be submitted as **Exhibit A**.

6. Mr. Mwangi seeks permission to depart for Kenya on August 25, 2026, and return to the United States on September 1, 2026. He requests permission to retrieve his passport from the United States Probation and Pretrial Services Office on August 24, 2026, one day before departure, and agrees to return it on September 2, 2026, one day after his return.

**ARGUMENT**

7. Under 18 U.S.C. § 3142(c)(3), a judicial officer may amend an order of release at any time to impose different conditions. The requested temporary modification is narrow, time-limited, and supported by immediate and compelling family circumstances.

8. Mr. Mwangi's purpose is specific and verifiable: to attend his father's funeral and fulfill his designated role of delivering the eulogy. His proposed absence is limited to eight days, from August 25 through September 1, 2026.

9. The requested travel can be permitted while reasonably assuring Mr. Mwangi's appearance and compliance with the Court's orders. Mr. Mwangi agrees that, before departure, he will provide his supervising officer with his complete travel itinerary, flight information, address and telephone

number while in Kenya, and any other information reasonably requested. He will remain in communication with his supervising officer as directed, comply with every other condition of release, return to the United States no later than September 2, 2026, and surrender his passport on September 2, 2026.

10. Because the pretrial conference is currently scheduled for the same date as Mr. Mwangi's proposed departure, Mr. Mwangi also requests that the Court continue the August 25, 2026 pretrial conference until after September 2, 2026, or, alternatively, excuse his personal appearance and permit counsel to appear on his behalf if the Court elects to keep the conference on calendar.

11. Undersigned counsel conferred with Assistant United States Attorney Dwayne A. Brown, Jr. AUSA Brown advised that the Government opposes the requested international travel because it believes Mr. Mwangi presents a risk of flight.

12. Undersigned counsel also conferred with United States Probation and Pretrial Services Officer Krystal Cunningham. Officer Cunningham does not oppose the requested travel.

13. The requested safeguards—including advance disclosure of the complete itinerary and overseas contact information, continued reporting as

directed, a date-certain return, and surrender of the passport the following day—provide the Court with conditions tailored to reasonably assure Mr. Mwangi's return and continued appearance. Mr. Mwangi has complied with his release conditions to date, and the limited purpose and duration of the requested travel are corroborated by the funeral program.

14. Emergency consideration is necessary because Mr. Mwangi seeks to retrieve his passport on August 24, 2026, and depart on August 25, 2026. He respectfully requests an expedited hearing sufficiently in advance of those dates to permit the Court to hear the parties and determine whether the proposed conditions reasonably address the Government's flight-risk concern.

**WHEREFORE**, Mr. Mwangi respectfully requests that the Court temporarily modify his conditions of release and enter an order:

1. Authorizing him to travel to Nyeri, Kenya, from August 25, 2026, through September 1, 2026, to attend his father's funeral and deliver the eulogy;
2. Authorizing the United States Probation and Pretrial Services Office to release his passport to him on August 24, 2026;

3. Requiring him to return his passport to the United States Probation and Pretrial Services Office on September 3, 2026;

4. Requiring him, before departure, to provide his supervising officer with his complete itinerary, flight information, address and telephone number while abroad, and any other information reasonably requested;

5. Continuing the August 25, 2026, pretrial conference until a date after September 2, 2026, or alternatively excusing his personal appearance and permitting counsel to appear on his behalf; and

6. Setting an emergency hearing on this motion at the Court's earliest availability and sufficiently before the requested passport pickup on August 24, 2026; and

7. Granting such other and further relief as the Court deems just and proper.

Respectfully submitted this 14th day of August 2026.

/

//

///

////

**{Signatures Continued onto Next Page}**

**KIMBERLY L. COPELAND & ASSOCIATES, LLC**
**JMEYERS GROUP, LLC**

**Kimberly L. Copeland**
Georgia Bar No. 186783
256 N. Brunswick Street
Jesup, Georgia 31546
Telephone: (912) 424-9203
Email: kim12cope@aol.com

JOHN F. MEYERS, Esquire
Ga. Bar No. 503692
The JMeyers Group LLC
1755 The Exchange SE, Suite 339
Atlanta, Georgia 30339-7434
Email: john@jmeyersgroup.com
Telephone: (404) 597-1275
**Counsel for Defendant Thomas Mwangi**

## CERTIFICATE OF CONFERENCE

Pursuant to the applicable Local Rules, undersigned counsel certifies that she conferred with Assistant United States Attorney Dwayne A. Brown, Jr., regarding the relief requested in this motion. The Government opposes the requested international travel because it contends that Mr. Mwangi presents a risk of flight. Undersigned counsel also conferred with United States Probation and Pretrial Services Officer Krystal Cunningham, who does not oppose the requested travel.

**Kimberly L. Copeland**

## CERTIFICATE OF SERVICE

I certify that on this 14thday of August 2026, I electronically filed the foregoing **Defendant's Emergency Motion for Temporary Modification of Conditions of Release to Permit International Travel and Request for Expedited Hearing** using the Court's CM/ECF system, which will automatically send notice to all counsel of record.

**Kimberly L. Copeland**

# # #

# Exhibit “A”

# Thanks Thomas for choosing United!

## Confirmation number: CYZHCK

Manage my trip

### Upgrade to Premium Cabin

Spacious seats, free drinks, and Group 1 Boarding.

$140 per person

### Upgrade to Economy Plus®

Extra legroom, in-seat power and seating closer to the front.

Starting from $150 per person

### Preferred seat

Sit in the first rows of Economy

Starting from $23 per person

1/2

Site Feedback

# Flight details

Need additional help? Let's chat.

Flight to Nairobi

Depart | Arrive
Tue, Aug 25, 2026 3:55 PM | Wed, Aug 26, 2026 6:35 AM

ATL | FRA

Atlanta, GA, US | Frankfurt, DE

FLIGHT INFO

| | |
|---|---|
| Flight | UA 8830<br>Operated by Lufthansa |
| Duration | 8h 40m |
| Aircraft | Boeing 787-9 Dreamliner |
| Fare Class | Economy (K) |
| Seats | 23A |

4h 50m connection

Depart | Arrive
Wed, Aug 26, 2026 11:25 AM | Wed, Aug 26, 2026 8:35 PM

FRA | NBO

Frankfurt, DE | Nairobi, KE

FLIGHT INFO

| | |
|---|---|
| Flight | UA 8729<br>Operated by Lufthansa |
| Duration | 8h 10m |
| Aircraft | Boeing 787-9 Dreamliner |
| Fare Class | Economy (K) |
| Seats | 36A |

Flight to Atlanta

Depart | Arrive
Tue, Sep 1, 2026 10:20 PM | Wed, Sep 2, 2026 6:20 AM

NBO | BRU

Nairobi, KE | Brussels, BE

FLIGHT INFO

| | |
|---|---|
| Flight | UA 9993<br>Operated by Brussels Airlines |
| Duration | 9h |
| Aircraft | Airbus A330-300 |
| Fare Class | Economy (S) |
| Seats | 27A |

4h 50m connection

Depart | Arrive
Wed, Sep 2, 2026 11:10 AM | Wed, Sep 2, 2026 1:10 PM

BRU | EWR

Brussels, BE | Newark, NJ/New York, NY, US

FLIGHT INFO

| | |
|---|---|
| Flight | UA 995 |
| Duration | 8h |
| Aircraft | Boeing 787-10 Dreamliner |
| Fare Class | United Economy (S) |
| Seats | 50A |

Site Feedback

Need additional help? Let's chat.

2h 19m connection

| Depart | Arrive |
|---|---|
| Wed, Sep 2, 2026 | Wed, Sep 2, 2026 |
| 3:29 PM | 5:57 PM |
| EWR | ATL |
| Newark, NJ/New York, NY, US | Atlanta, GA, US |

FLIGHT INFO

| | |
|---|---|
| Flight | UA 1848 |
| Duration | 2h 28m |
| Aircraft | Boeing 737-700 |
| Fare Class | United Economy (S) |
| Seats | 29A |

# Calculate bag charges

**Atlanta, GA → Nairobi, KE (NBO - Jomo Kenyatta)**
August 25, 2026

| | |
|---|---|
| FIRST BAG | Included |
| SECOND BAG | Included |
| WEIGHT PER BAG | 50lbs (23kgs) |

**Nairobi, KE (NBO - Jomo Kenyatta) → Atlanta, GA**
September 01, 2026

| | |
|---|---|
| FIRST BAG | Included |
| SECOND BAG | Included |
| WEIGHT PER BAG | 50lbs (23kgs) |

These are estimates of additional bag service charges that may apply to your itinerary. Service charges may vary by traveler, depending on status or memberships. First and second bag service charges do not apply to active duty-members of the U.S. military and their accompanying dependents. For additional information, visit united.com/baggage.

Site Feedback

Need additional help? Let's chat.

EXCLUSIVE OFFER




$0 intro annual fee

Free checked bag (Terms apply)
2 one-time Club℠ passes
Priority boarding
Learn more

IT'S NOT TOO LATE TO SAVE!

$400 STATEMENT CREDIT after first purchase + 25,000 BONUS MILES after qualifying purchases

| | |
|---|---|
| You paid today | $1,588.33 |
| Card statement credit | -$400.00 |
| Total after statement credit | $1,188.33 |

# Purchase Summary

| | |
|---|---|
| > Fare | $1,371.00 |
| **Taxes and Fees** | $217.33 |
| > Adult (18+) | $217.33 |
| TOTAL | $1,588.33 |

**Credit card payment:** $1,588.33 (Visa **1952)

# Travelers

## Thomas Mwangi

**Email:**
thomasmm2@yahoo.com
**Date of Birth:**
10/9/1977
**Known Traveler/Pass ID:**
*********
**Contact number:**
+1 4047352818
**eTicket number:**
01621304894915

Site Feedback

Need additional help? Let's chat.

Special seating accommodations

About carry-on and checked bags

Important travel information

Site Feedback

Need additional help? Let’s chat.

Site Feedback

**Need additional help? Let’s chat.**